UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                        Case No. 8:10-cv-360-T-30TGW

ROMA SQUARE, INC.,

    Defendant.
_____/

**O R D E R**

The Court has been advised via Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #3) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 3, 2010.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Roma Square, Inc.,
    c/o Registered Agent, Roman and Roman, 2196 Main Street, Suite L, Dunedin, FL 34698

F:\Docs\2010\10-cv-360.dismissal 3.wpd